UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN SMITH,                                No. C 11-1394 SI (pr)

       Petitioner,                       **JUDGMENT**

    v.

RANDY GROUNDS, warden,

       Respondent.
_____/

This action is dismissed because it was opened in error.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 2, 2011

_____
SUSAN ILLSTON
United States District Judge